IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**AKYM LAMAAR AVERY,**
**#108336**                                                                                                          **PLAINTIFF**

**V.**                        **CASE NO. 5:19-cv-221-KGB-BD**

**DUSTY DODSON**                                                                                    **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.    Procedures for Filing Objections**

This Recommended Disposition (Recommendation) has been sent to Judge Kristine G. Baker. Mr. Avery may file written objections with the Clerk of Court if he disagrees with the findings and conclusions in this Recommendation.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.   Discussion**

Plaintiff Akym Lamaar Avery filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Docket entries #1, #2, #3) The Court requires plaintiffs who are not represented by counsel to notify the Court of any change in address. Local Rule 5.5.

On August 12, 2019, Mr. Avery was ordered to notify the Court of his new address, after mail sent from the court was returned as undeliverable. (#8) The Court

specifically cautioned Mr. Avery that his claims could be dismissed if he failed to update his address within 30 days. (#8) To date, Mr. Avery has failed to comply with the Court's Order, and the time for doing so has passed.

### III. Conclusion

The Court recommends that Mr. Avery's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's August 12, 2019 Order.

DATED this 17th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE