# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**AKYM LAMAR AVERY**                                                                          **PLAINTIFF**

**v.**                                    Case No. 5:19-cv-00221-KGB

**DUSTY DODSON**                                                            **DEFENDANTS**

## ORDER

Before the Court is a motion to withdraw Caroline "Carly" V. Hayes as counsel for defendant Officer Dusty Dodson (Dkt. No. 10). Officer Dodson will continue to be represented by C. Burt Newell (*Id.*, ¶ 4). For good cause shown, the Court grants the motion (Dkt. No. 10). The Court directs the Clerk to terminate Ms. Hayes as counsel of record for Officer Dodson.

So ordered this 4th day of October, 2019.

                                                                         Kristine G. Baker
                                                                        United States District Judge