**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**AKYM LAMAAR AVERY,**                                                                              **PLAINTIFF**
**#108336**

**v.**                                      **Case No. 5:19-cv-00221-KGB-BD**

**DUSTY DODSON**                                                                              **DEFENDANT**

<u>**ORDER**</u>

The Court has received a Recommended Disposition from United States Magistrate Judge Beth Deere (Dkt. No. 9). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Plaintiff Akym Lamaar Avery's claims are dismissed, without prejudice, based on his failure to comply with Judge Deere's order to notify the Court of his new address (Dkt. No. 8).

Also before the Court is defendant Dusty Dodson's motion to dismiss (Dkt. No. 15). Mr. Dodson argues that Mr. Avery's complaint should be dismissed for failure to prosecute and because Mr. Avery has failed to keep the Court informed of his current address (*Id.*, ¶¶ 7–9). Because the Court adopts the Recommended Disposition and dismisses Mr. Avery's claims, Mr. Dodson's motion to dismiss is denied as moot (Dkt. No. 15).

It is so ordered this 1st day of October, 2020.

Kristine G. Baker
United States District Judge