# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**AKYM LAMAAR AVERY,**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#108336**

v.　　　　　　　　　　Case No. 5:19-cv-00221-KGB-BD

**DUSTY DODSON**　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, this case is dismissed, without prejudice, based on plaintiff Akym Lamaar Avery's failure to comply with United States Magistrate Judge Beth Deere's order to notify the Court of his new address.

It is so adjudged this 1st day of October, 2020.

_____
Kristine G. Baker
United States District Judge